ABRAHAM M. KATZ, Appellant, *v.* CAPRI FROCKS, INC., et al., Respondents.

Submitted October 6, 1941; decided October 16, 1941.

*Jay A. Gilman* for motion.

*Orison S. Marden* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground that the motion was not made within the time permitted by the Civil Practice Act.

JOHN B. CHINNERY et al., as Trustees of WILLIAM KENNEDY CONSTRUCTION COMPANY, INC., Respondents, *v.* KENNOSSET REALTY CO., INC., Appellant.

Submitted October 6, 1941; decided October 16, 1941.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 286 N. Y. 167.)